NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-8005

ATTALISSA CHISM, as Claimant Individually
and on Behalf of Scott J. Chism, Deceased,
and AMY FERREBY, as Claimant Individually
and on Behalf of Christopher Ferreby, Deceased,

Petitioners,

v.

DEPARTMENT OF JUSTICE,

Respondent.

On petition for review of a decision of the Bureau of Justice Assistance
in PSOB claim nos. 2001-155 and 2001-156.

ON MOTION

ORDER

Upon consideration of the unopposed motion to voluntarily dismiss this petition for review,

IT IS ORDERED THAT:

(1)    The motion is granted.

(2)    Each side shall bear its own costs.

**MAY 2 7 2009**
_____
Date

FOR THE COURT

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 2 7 2009

JAN HORBALY
CLERK

cc:    Randall D. White, Esq.
       Scott D. Austin, Esq.

s8

ISSUED AS A MANDATE:    **MAY 2 7 2009**    _____